UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH JOSEPH CAROTENUTO,

   Plaintiff,

v.                                                 Case No: 8:20-cv-2588-JSM-JSS

COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. 21) and Plaintiff's Objections to the Report and Recommendation (Dkt. 22).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's Objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 21) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is AFFIRMED.

3. The Clerk of Court be directed to enter final judgment in favor of the Commissioner.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of June, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record